IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEANETTE REDDICK,<br>   *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| BURLINGTON STORE, INC., *et al.*<br>   *Defendant* | : | No. 21-5075 |

## ORDER

AND NOW, this 21st day of December, 2021, upon consideration of Plaintiff Jeanette Reddick's Motion to Remand (Doc. No. 3), Defendant Burlington Stores Inc.'s and Burlington Coat Factory Warehouse Corporation's (collectively "Burlington") Response in Opposition (Doc. No. 6), Ms. Reddick's Reply (Doc. No. 7) and Burlington's Sur-Reply (Doc. No. 8), it is **ORDERED** that Ms. Reddick's Motion to Remand (Doc. No. 3) is **GRANTED** for the reasons set forth in the Court's accompanying Memorandum.

                  BY THE COURT:

                  */s/ Gene E.K. Pratter*
                  **GENE E.K. PRATTER**
                  UNITED STATES DISTRICT JUDGE